IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

PATRICK R. DONAHUE, et al.,

    Defendants.

No. C 11-03444 JSW

**ORDER DISCHARGING TO SHOW CAUSE**

The Court has received Plaintiff's response to the order to show cause and HEREBY DISCHARGES the order to show cause dated August 29, 2011. Defendants shall file their reply in support of their motion to dismiss, if any, by no later than September 16, 2011.

**IT IS SO ORDERED.**

Dated: September 9, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

PATRICK R. DONAHUE et al,

    Defendant.

Case Number: CV11-03444 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: September 9, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk