**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>             Plaintiff,<br><br>   v.<br><br>PATRICK R. DONAHUE, et al.,<br><br>             Defendants.<br>                                                                    / | No. C 11-03444 JSW<br><br>**ORDER GRANTING PLAINTIFF AN EXTENSION OF TIME** |

On October 28, 2011, the Court granted Defendants' motion to dismiss but provided Plaintiff an opportunity to file an amended complaint. The Court provided Plaintiff thirty days to file an amended complaint. Plaintiff failed to file an amended complaint within thirty days, but recently filed a letter which the Court construes as seeking more time to file an amended complaint. On January 17, 2011, Plaintiff filed an amended complaint. Therefore, the Court will not dismiss this action for failure to file an amended complaint.

**IT IS SO ORDERED.**

Dated: January 30, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

  v.

PATRICK R. DONAHUE et al,

    Defendant.

Case Number: CV11-03444 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
58 Lobos Street
San Francisco, CA 94112

Dated: January 30, 2012

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk