Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591
415-947-9460

In Propia: Persona

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| RODOLFO VELASQUEZ | Case Number C-11-3444-JSW |
|---|---|
| Plaintiff, Vs | STIPULATION OF BOTH PARTIES TO EXTEND 14 DAYS TIME IN ORDER FOR PLAINTIFF RODOLFO VELASQUEZ TO OPPOSE DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER |
| PATRICK R. DONAHOE, MARIA CULLOTY, Defendants. | Date: April 6, 2012<br>Time: 9:00 am<br>Courtroom: 11, 19th Floor<br>Honorable: Jeffrey S. White. |

On February 15, 2012, Defendants' Counsel Mr. Neill T. Tseng stipulated with Plaintiff Rodolfo Velasquez to extend 14 days time frame in order for him to oppose Defendants' Motion to Dismiss scheduled for April 6, 2012, commencing at 9:00 am.

Defendants accepted the new due date for Plaintiff Rodolfo Velasquez to oppose the above cited motion, and now, his due date is due on March 6, 2012. Defendants' reply brief will be due on March 13, 2012.

Dated: February 15, 2012

Plaintiff

_/s/ Rodolfo Velasquez_
Rodolfo Velasquez

MELINDA L. HAAG
United States Attorney

DATED: February 16, 2012     By:     _____
                                     NEILL T. TSENG
                                     Assistant United States Attorney
                                     Attorneys for Defendant

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:                                 _____
                                       HONORABLE JEFFREY S. WHITE
                                       UNITED STATES DISTRICT JUDGE

STIPULATION OF BOTH PARTIES TO EXTEND 14 DAYS TIME IN ORDER FOR PLAINTIFF RODOLFO VELASQUEZ TO OPPOSE DEFENDANTS' MOTION TO DISMISS; [PROPOSED] ORDER
C 11-3444 JSW