Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591
415-947-9460

In Propia: Persona

MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6927
    neill.tseng@usdoj.gov

Attorneys for Defendant
PATRICK R. DONAHOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ, ) | Case No. C 11-3444 JSW |
|     Plaintiff, ) | |
|     v. ) | **STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| PATRICK R. DONAHOE, ) | |
|     Defendant. ) | |

    Subject to the approval of the Court, the parties hereby stipulate that the initial case management conference currently scheduled for October 5, 2012, at 1:30 p.m. will be continued to October 19, 2012, at 1:30 p.m. The parties jointly make this request because Defendant's counsel is scheduled to be out of state on official travel on October 5, and October 19 is the most mutually convenient subsequent date for the parties. The parties' case management statements will be filed no later than seven (7) days before the initial case management conference.

//

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 11-3444 JSW                                                            1

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 2 |   |
| 3 | DATED: 8-23-2012 |
| 4 | RODOLFO VELASQUEZ |
| 5 | Plaintiff in: Propia Persona |

MELINDA L. HAAG
United States Attorney

DATED: 8/23/12

NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant

The Court HEREBY CONTINUES the case management conference to October 26, 2012 at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED;** AS MODIFIED.

DATED: August 27, 2012

HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE INITIAL CMC; [PROPOSED] ORDER
C 11-3444 JSW
2