Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591
415-947-9460

In Propia: Persona



FILED
NOV 26 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RODOLFO VELASQUEZ<br><br>Plaintiff,<br><br>v.<br><br>PATRICK R. DONAHOE.<br><br>Defendant. | Case Number C-11-3444-JSW<br><br>PLAINTIFF RODOLFO VELASQUEZ'<br>REQUEST FOR TELEPHONIC HEARINGS |

After all considerations, Plaintiff does not request change of venue in this case. It will be so hard for both parties' witnesses to travel 500 miles or more to testify at Tijuana San Diego area, therefore, Plaintiff abandons his intention to request venue change. However, Plaintiff Rodolfo Velasquez requests the court that at any times appropriate, some hearings be conducted through telephonic appearance in order for the Plaintiff to cut down some costs and obtain some kind of relief regarding convenience.

Dated: November 20, 2012                                Respectfully Submitted

                                                        Rodolfo Velasquez

PROOF OF SERVICE BY MAIL

I'm over the age of eighteen years old and not a party to the within entitle action; I live at 62 Lobos Street, San Francisco, California 94112.   November 20, 2012, I served the following documents:

PLAINTIFF RODOLFO VELASQUEZ' REQUEST FOR TELEPHONIC HEARINGS.

I personally placed the document and placed sufficient U.S. Postage and I mailed it to:

Neil T. Tseng
Assistant U.S. Attorney
450 Golden Gate Avenue Box 36055
San Francisco, CA 94102

I declare under penalty of perjury and accordingly to the best of my knowledge that the foregoing is true and correct.

Salvador Velasquez

The Court DENIES Plaintiff's motion without prejudice to his refiling a request to appear telephonically in connection with a specific hearing.

Dated: FEB 11 2013

IT IS SO ORDERED
Judge Jeffrey S. White

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

PATRICK R. DONAHUE et al,

    Defendant.

Case Number: CV11-03444 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 11, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: February 11, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk