IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO VELASQUEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>PATRICK R. DONAHUE, et al.,<br><br>    Defendants.<br>_____/ | No. C 11-03444 JSW<br><br>**ORDER CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT AND PROVIDING RAND NOTICE** |

      On May 17, 2013, Defendants filed a motion for summary judgment pursuant to Federal Rule of Civil Procedure 56, which is noticed for a hearing on June 21, 2013. Under Northern District Local Rule 7-3(a), Plaintiff's opposition to the motion was due by no later than May 31, 2013. As of the date of this Order, Plaintiff has not filed an opposition brief.

      Plaintiff has an obligation to file an opposition to Defendants' motion for summary judgment and failure to do so may result in the **dismissal** of this case with prejudice. A motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure will, if granted, end Plaintiff's case. *See Rand v. Rowland*, 154 F.3d 952, 953-54 (9th Cir. 1998) (en banc). A principal purpose of the summary judgment procedure is to identify and dispose of factually supported claims. *See Celotex Corp. v. Cattrett*, 477 U.S. 317, 323-24 (1986). In order to

withstand a motion for summary judgment, the opposing party must set forth specific facts showing that there is a genuine issue of material fact in dispute. Fed. R. Civ. P. 56(e). A dispute about a material fact is genuine "if the evidence is such that a reasonable jury could return a verdict for the nonmoving party." *Anderson v. Liberty Lobby, Inc*., 477 U.S. 242, 248 (1986). In the absence of such facts, "the moving party is entitled to a judgment as a matter of law." *Celotex Corp*., 477 at 323.

In opposing summary judgment, Plaintiff is not entitled to rely on the allegations of his complaint. *See* Fed. R. Civ. P. 56(e); *cf. S. A. Empresa de Viacao Aerea Rio Grandense* (*Varig Airlines*) *v. Walter Kidde & Co.*, 690 F.2d 1235, 1238 (9th Cir. 1982) (stating that "a party cannot manufacture a genuine issue of material fact merely by making assertions in its legal memoranda"). Rather, his response must set forth specific facts supported by admissible evidence, *i.e*., affidavits or certified deposition testimony, showing that there is a genuine issue for trial. *See id.*; *see also Keenan v. Allan*, 91 F.3d 1275, 1279 (9th Cir. 1996) (quoting *Richards v. Combined Ins. Co.*, 55 F.3d 247, 251 (7th Cir. 1995), and stating that it is not a district court's task to "scour the record in search of a genuine issue of triable fact"). If summary judgment is granted, Plaintiff's case will be dismissed and there will be no trial. *See Rand*, 154 F.3d at 953-54.

Accordingly, the Court is providing Plaintiff until **Friday, June 21, 2013**, to file an opposition to Defendants' motion. Defendants may file a reply brief no later than **June 28, 2013**. The Court HEREBY CONTINUES the hearing on Defendants' motion for summary judgment to **August 16, 2013 at 9:00 a.m.** If no opposition is filed, summary judgment may be granted and Plaintiff's case will be dismissed. If Plaintiff files an opposition, and if the Court

///
///
///
///
///
///

2

determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date.

**IT IS SO ORDERED.**

Dated: June 6, 2013



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

<div style="writing-mode: vertical-rl">**United States District Court** For the Northern District of California</div>

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | FOR THE |
| 3 | NORTHERN DISTRICT OF CALIFORNIA |

RODOLFO VELASQUEZ,

    Plaintiff,

  v.

PATRICK R. DONAHUE et al,

    Defendant.

                           /

Case Number: CV11-03444 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 6, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: June 6, 2013

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk