IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

PATRICK R. DONAHUE, et al.,

    Defendants.

_____/

No. C 11-03444 JSW

**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT AND PRETRIAL AND TRIAL DATES**

    Pursuant to Civil Local Rule 7-1(b), the Court finds that the motion for summary judgment which has been noticed for hearing on Friday, August 16, 2013 at 9:00 a.m., is appropriate for decision without oral argument. Accordingly, the hearing date is hereby VACATED. The motion will be taken under submission and decided on the papers.

    Further, the pretrial and trial dates are hereby VACATED and shall be reset, if necessary, by further order.

    **IT IS SO ORDERED.**

Dated: August 9, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO VELASQUEZ,

    Plaintiff,

v.

PATRICK R. DONAHUE et al,

    Defendant.

Case Number: CV11-03444 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 9, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rodolfo Velasquez
426 Idora Avenue
Vallejo, CA 94591

Dated: August 9, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk